IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| GREGORY WARREN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19CV00032-JPJ-PMS |
| | ) |
| TOWN OF ABINGDON, VIRGINIA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The defendant, Town of Abingdon, Virginia ("Town"), by counsel, moves the Court to enter summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56 for the reasons stated in the accompanying memorandum in support.

Abingdon: 1152552-1

TOWN OF ABINGDON

By Counsel

Ramesh Murthy
  VSB No. 31801
Cameron S. Bell
 VSB No. 47685
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
cbell@pennstuart.com
By <u>/s/ Cameron S. Bell</u>
    Cameron S. Bell
    Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

<u>/s/ Cameron S. Bell</u>
Cameron S. Bell